UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANINE ANNE THOMAS, | No. 2:25-cv-03705-DC-SCR |
| Plaintiff, | |
| v. | ORDER GIVING EFFECT TO PARTIES' STIPULATION AND REMANDING CASE PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (Doc. Nos. 10, 14) |

On May 26, 2026, the parties filed a stipulation agreeing to remand this case for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 14.) The parties agree that on remand, "the Commissioner will offer Plaintiff the opportunity for an additional hearing; develop the record as necessary; and issue a new decision." (*Id*. at 1.)

Good cause appearing, and pursuant to the parties' stipulation, this case is hereby remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the parties' stipulation.

The Clerk of the Court is directed to enter final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

/////

1

In addition, Plaintiff's pending motion for summary judgment (Doc. No. 10) is denied as having been rendered moot by this order.

IT IS SO ORDERED.

Dated:    **June 11, 2026**

Dena Coggins
United States District Judge